United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FRANCISCO DORTA HERRERA, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:26-CV-00025 |
| | § |
| KRISTI NOEM, | § |
| | § |
| Respondent. | § |

## OPINION AND ORDER OF TRANSFER

This is a habeas action filed pursuant to 28 U.S.C. § 2241. (D.E. 1). In the Petition, Petitioner asserts Francisco Dorta Herrera[1] is being held at the South Texas Detention Facility. However, a review of the U.S. Immigration and Customs Enforcement locator website indicates Petitioner is located at the La Salle County Regional Detention Center in Encinal, Texas. *See* https://locator.ice.gov/odls/#/results (last visited Jan. 20, 2026). The La Salle County Regional Detention Center is located in La Salle County, Texas which is within the Southern District of Texas, Laredo Division. 28 U.S.C. § 124(b)(3).

It is well established that a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 must be filed in the district where the prisoner or detainee is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999) (citation omitted); *see also Pack v.*

---

[1]Teresa Rodriguez filed this case "As Next Friend" of Francisco Dorta Herrera, asserting Herrera is a Cuban national currently in ICE custody at the South Texas Detention Facility. (D.E. 1, Pages 1-2).

*Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (citations omitted). Accordingly, this case is more appropriately transferred to the Southern District of Texas, Laredo Division.

Rather than dismissal, the Court finds this case should be transferred. Therefore, the Clerk of Court is **ORDERED** to **TRANSFER** this case to the United States District Court for the Southern District of Texas, Laredo Division. All pending Motions are **DENIED** as moot and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on January 20, 2026.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge